AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TODD ENGLES | ) | Case No. |
| | ) | 6:21-mj 1259 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Nov. 12, 2020 - Jan. 14, 2021__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B) and (a)(2), and 2251(a). | Possession, distribution, and production of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rodney J. Hyre, Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: 03/19/2021

_____
*Judge's signature* BY: TrishLeGros

City and state:      Orlando, Florida

EMBRY J. KIDD, United States Magistrate Judge
*Printed name and title*

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

STATE OF FLORIDA         Case No. 6:21-mj-1259

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rod Hyre, being duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI and have been since January 2002. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) for the past 18 years. I am currently assigned to the Tampa Division Orlando Resident Agency of the FBI. I have been investigating crimes against children since 2009. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of

computers, computer equipment, software, and electronically stored information.

2. I make this affidavit in support of a criminal complaint for the arrest of TODD ENGLES. As set forth in more detail below, I believe there is probable cause that: (1) on or about January 14, 2021, ENGLES knowingly possessed materials, that is an iPhone XS, that contained images of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B); (2) in or about January 2021, ENGLES knowingly distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2); and (3) on or about November 12, 2020, ENGLES knowingly used, persuaded, induced and enticed a minor to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction and producing a visual depiction of such conduct, in violation of 18 U.S.C. § 2251(a).

3. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators and law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers.

4. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5. It is a violation of 18 U.S.C. § 2251(a) to use, persuade, induce, or entice any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, knowing or having reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce.

6. It is a violation of 18 U.S.C. § 2252A(a)(2) to knowingly distribute any child pornography using any means or facility of interstate or foreign commerce.

7. It is a violation of 18 U.S.C. § 2252A(a)(5)(B) to knowingly possess any material that contains an image of child pornography that has

been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

8. The following definitions apply to this affidavit:

   a. "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8), which defines child pornography as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct. *See* 18 U.S.C. § 2256(2).

   b. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

   c. Kik Messenger (commonly known as Kik) is a freeware instant messaging mobile application that can be used to transmit and receive messages, photos, videos, sketches, mobile webpages, and other content. Kik

users can communicate privately with other users or in groups. Kik uses a smartphone's Internet connectivity to transmit and receive messages, photos, videos, and other content.

    d. Discord is a VoIP, instant messaging and digital distribution application that can be used to transmit and receive messages, photos, videos, and other content. Users communicate with voice calls, video calls, text messaging, media, and files in private chats or as part of communities called "servers." Discord uses a smartphone's Internet connectivity to transmit and receive messages, calls, photos, videos, and other content.

## DETAILS OF THE INVESTIGATION

  9. On or about July 20, 2020, MediaLab/Kik reported to the National Center for Missing & Exploited Children (NCMEC) (Cybertip #74935247) that a Kik user had uploaded/shared images of apparent child pornography on several dates in July 2020. Kik reported that the user's email address was "yourdaddyred@outlook.com," and the user's screen/user name was "freaky_robert." Kik also reported that the user had used IP address 71.47.71.184, geo located to Orlando, Florida, to upload some of the images of child pornography. Detective Jennifer Wing (Wing), who is a detective with the Orlando Police Department and a member of the Central Florida Internet Crimes

Against Children Task Force, reviewed Cybertip #74935427, and the images of apparent child pornography. One of the images, which I have reviewed, is described below:

    (i) File name ending: 73ebde609f50.mp4 (upload on 7/09/2020 at 3:27:18 UTC).

    This is an 18 second video depicting a seven to nine year old prepubescent female made to perform oral sex on an adult male.

10.    Pursuant to an investigative subpoena, Charter Communications responded that the subscriber of IP address 71.47.71.184 on 07/09/2020 at 03:27:18 UTC was TODD ENGLES. The current service date began on 05/15/2020. The subscriber address was listed as XXXX Millenia Boulevard #XXX, Orlando, Florida.

11.    On or about October 27, 2020, MediaLab/Kik reported to NCMEC (Cybertip #81992677) that a Kik user had shared images of apparent child pornography on several dates in September 2020. Kik reported that the user's email address was "daddyblack@outlook.com," and the user's screen/user name was "robertsmith_00." Kik also reported that the user had used IP address 71.47.71.184, geo located to Orlando, Florida, to upload some of the images of child pornography. Detective Wing reviewed Cybertip #81992677, and the

images of apparent child pornography. Two of the images, which I have reviewed, are described below:

    (i)  File name ending 546a3c9e2aac.jpg. (upload on 9/30/2020 at 02:30:31 UTC from IP address 71.47.71.184).

This image depicts a female child who appears to be age 12 to 14 posing naked with her left leg up at an approximately 90-degree angle exposing her naked vagina.

    (ii)  File name ending: a2716a32e47f.mp4 (upload on 9/30/2020 at 02:29:42 UTC from IP address 71.47.71.184).

This 10 second video depicts a female child who appears to be age 12 to 14. The child removes her clothes until she is naked with her vagina visible and appears to dance.

12. Pursuant to an investigative subpoena, Charter Communications responded that the subscriber of the IP address 71.47.71.184 on 9/30/2020 at 02:29:42 UTC was TODD ENGLES, at the same address listed in paragaph 10 above.

13. On or about January 21, 2021, MediaLab/Kik reported to NCMEC (Cybertip #84795026) that a Kik user had shared images of apparent child pornography on several dates in January 2021. Kik reported that the user used email address Drakedaddy2200@outlook.com, and screen/user name

"drakedaddy11" to distribute the images. Kik also reported that the user had used IP address 72.188.222.73, geo located to Orlando, Florida, to upload some of the images of child pornography. Detective Wing reviewed Cybertip #84795026, and the images of apparent child pornography. One of the images, which I have reviewed, is described below:

(i) File name ending f3ba7023aaaf.mp4: (upload on 1/11/2021 at 01:48:22 UTC from IP address 72.188.222.73).

This is a one minute and 38 second video of an adult white male anally penetrating a prepubescent boy who is about five to seven years old. The child is wearing a grey mickey mouse shirt with a long sleeve white shirt underneath. The child can be heard crying during the entire incident.

14. Pursuant to an investigative subpoena, Charter Communications responded that the subscriber of the IP address 72.188.222.73 on 1/11/2021 at 01:48:22 UTC was TODD ENGLES, at the same address listed in paragraph 10 above.

15. On January 13, 2021, the Honorable Judge Michael Murphy authorized search warrants for ENGLES's 2014 Black Dodge Ram truck and his apartment located in Orlando at Millenia Boulevard.

16. On January 14, 2021, law enforcement conducted a traffic stop on the vehicle. ENGLES was the only occupant of the vehicle. Pursuant to the

warrant, law enforcement searched the vehicle and located a black Apple iPhone XS. ENGLES identified the iPhone XS as belonging to him. ENGLES opened the iPhone XS using his facial biometrics to provide a cell phone number for his girlfriend.

17. On January 14, 2021, the Honorable Judge Michael Murphy authorized a search warrant for ENGLES's Black Apple iPhone XS seized from his vehicle.

18. A forensic examiner conducted an examination of the iPhone, which was reviewed by law enforcement. The examiner located the applications Kik, Discord and TikTok on the iPhone. In addition, in the Notes application on the iPhone, the examiner located the email addresses daddyblack@outlook.com and Drakedaddy2200@outlook.com, which are the email addresses that shared child pornography images on Kik reported in Cybertips #81992677 and #84795026. The password Daddy2200 was listed underneath the daddyblack email address in the Notes application on the iPhone.

*Possession of Child Pornography*

19. Law enforcement reviewed the contents of ENGLES's iPhone (which was manufactured in China) and located over 600 images and videos depicting the sexual abuse of infants, toddlers, and prepubescent and pubescent children. Two of the videos are described below:

(i) File Name ending 66ef13e480be.mp4:

This is a 52 second video showing an adult male sitting on top of an infant approximately three to six months old and placing his penis in the infant's mouth.

(ii) File Name ending 829099082901.mp4:

This is a 43 second video showing an adult male anally penetrating a prepubescent female child approximately three to five years old. The child is lying on her back while the adult male is holding her legs up and violently penetrating the child's anus with his erect penis. The child is hysterically crying during the entire video.

### *Distribution of Child Pornography*

20.  Law enforcement also located on ENGLES's iPhone hundreds of chat communications between ENGLES and other users on Kik. Many of the chat communications occurred during group chats devoted to child sexual exploitation and rape. During many of these communications, ENGLES distributed images and videos of child pornography using the screen name Robert Smith.

21.  For example, on or about January 1, 2021, while in a Kik group chat with a stated focus on rape, ENGLES, using the screen name Robert Smith, distributed an image depicting a naked prepubescent female child

approximately ten to twelve years old sitting on the floor with her legs spread and exposing her genitals. ENGLES made the following comments during the chat:

> ENGLES: Yeah she's perfect. She was 9 there, she's 10 now, I was talking to her for months
>
> ENGLES: Yeah shes sexy
>
> ENGLES: Begging to stop, I love rape
>
> ENGLES: But a good 10 year old actually moaning and enjoying it is hot as well
>
> ENGLES: I would 100% do that idc [I don't care]
>
> ENGLES: I'm into hardcore drugged rape and that

22. On or about January 10, 2021 and January 12, 2021, ENGLES distributed two videos depicting the sexual abuse of an infant and a prepubescent boy approximately five to seven years old in a group chat on Kik. The originator of the group posted the following initial message:

"Rape only 😈 😋 No age limit just have to be rape. (Real, Fake, Boy, Girl or whatever) it don't matter contribute or get kicked. IF U SEND ANYTHING ELSE OTHER THAN RAPE U WILL BE KICKED AND BANNED…ENJOY THE FUN😈😈😈"

11

23. On or about January 10, 2021, ENGLES distributed to the group a one minute and 38 second video showing an adult male anally penetrating a child with his penis. The child is about five to seven years old and wearing a gray mickey mouse shirt with a long sleeve white shirt underneath. The child can be heard crying during the entire incident. This is the same video that was reported in Cybertip # 84795026.

24. On or about January 12, 2021, ENGLES distributed to the group a one minute and 25 second video showing a male anally penetrating an infant. The child is crying throughout the incident. After the male ejaculates in the child, he turns the child around and wipes what appears to be blood from the child's anus. ENGLES made the following comments when he distributed the video:

ENGLES: Here's the other half of that video where he cums inside the kids ass

ENGLES: u can almost see blood

ENGLES: Raw for sure

**Sexual Exploitation of Children (Production of Child Pornography)**

25. Law enforcement also located Kik chat communications between ENGLES using the screen name Robert Smith and other users, during which ENGLES admitted to establishing accounts on Discord and TikTok posing as

a young boy or young girl and using those accounts and fake identities to entice minors to engage in sexual activity.

26. For example, during a Kik chat on or about January 3, 2021 between ENGLES and a user TW, ENGLES stated the following:

> TW: Any tips on finding these beauty's
>
> ENGLES: You have to start off by making a catfish account of a young boy that you have to pretend to be, and get your followers up on that account first by going around and following a bunch of people or they will think you're fake, then just search "freaky" accounts.

27. During a Kik chat from January 1, 2021 through January 5, 2021, between ENGLES, using the screen name Robert Smith, and user B.H., ENGLES stated the following:

> B.H.: Who is the girl on your profile
>
> ENGLES: A girl I've talked to, she's 10 now
>
> B.H. So pretty
>
> B.H. You get her sending nudes?
>
> ENGLES: Yea I have a few of her
>
> B.H. Awesome
>
> B.H. Where she from?

ENGLES: (ENGLES transmitted an image of a naked prepubescent child with her breasts exposed, 1/1/2021 3:46:00 PM (UTC-5))

ENGLES: UK

ENGLES: (ENGLES transmitted an image of a naked prepubescent child with her legs spread exposing her vagina, 1/1/2021 3:46:20 PM (UTC-5))

ENGLES: (ENGLES transmitted an image of a naked prepubescent child with her legs spread and fingers on her vagina, 1/1/2021 3:46:50 PM (UTC-5))

B.H.: Yummy yummy

B.H.: Can you imagine licking that sweet virgin pussy?

ENGLES: Man, I'd eat her pussy all day.

ENGLES: It doesn't get any fresher than that

\*\*\*

ENGLES: Yea good little sluts. I talk to a lot. around 8-14.

B.H.: Do they know you are a much older man?

ENGLES: TikTok and nah I pretend to be 14-16

ENGLES: This one 13 y/o I told her I'm 27 and she doesn't care

B.H.: They don't ask for your pic

14

B.H.: Hot

ENGLES: I'm good at what I do. I have an entire catfish account of a 15-year-old boy [I] pretend to be

B.H.: 13 is very Hot

ENGLES: My favorite age is 10-11

ENGLES: Budding nips and hairless pussy

ENGLES: Yep

\*\*\*

ENGLES: This is what I do all day man, I try and get nudes from real girls lol

B.H.: Do these girls want dick

ENGLES: Most of them do, that 11 I showed you called me daddy all the time and wanted dick bad

ENGLES: Dude, I'd literally drug them and fuck them without them knowing

B.H.: I chatted with a mom from Scotland that wanted to see her 8 year old daughter abused

ENGLES: Fuckkk, that's my dream

ENGLES: I'd literally rape a 2 year old idc

ENGLES: whys the difference between raping a baby or a 12 year old

B.H. baby is so small and innocent

ENGLES: So is a 12 year old

ENGLES: Rape is rape

28. On or about November 12, 2020, ENGLES, using the screen name robertsmith, persuaded and enticed a female child (CV) between the ages of nine and eleven-years-old to engage in sexual conduct and to transmit a live visual depiction of the conduct on Discord. ENGLES recorded the video on his iPhone. ENGLES used the profile picture of a young boy that appears to be approximately 13 to 15-years-old to communicate with the CV on Discord. Law enforcement recovered the chat communications and video from ENGLES's iPhone. During the video chat communications, the following occurred:

robertsmith: When we ft (facetime) take ur shirt off and show ur pussy.

CV: Ok you too then

robertsmith: hold on

CV: When do you want to do it

robertsmith: In a minute

> CV: Ok call me when you are ready
>
> robertsmith: Ok hold on Ok ready Get naked
>
> CV: Yea Ok
>
> \*\*\*
>
> robertsmith: Show ur pussy now bby
>
> \*\*\*
>
> robertsmith: Show ur pussy now bby Stick ur tongue out for daddy

29. Approximately 16 seconds into the video, a female approximately nine to eleven years-old appears on the screen and exposes her naked vagina. She is wearing a pink shirt with multi-colored donuts on the front. Approximately 23 seconds into the video, the child turns around and exposes her naked buttocks and vagina from the rear. The child exposes her vagina from different angles to the camera. Later, the child sticks out her tongue. At the conclusion of the video, the CV tells ENGLES acting as robertsmith, "I gtg right now talk to you later ... Love you Bye cutie."

## CONCLUSION

30. Based on the above, there is probable cause that (1) on or about January 14, 2021, ENGLES knowingly possessed materials, that is an iPhone XS, that contained images of child pornography, in violation of 18 U.S.C. §

17

2252A(a)(5)(B); (2) in or about January 2021, ENGLES knowingly distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2); and (3) on or about November 12, 2020, ENGLES knowingly used, persuaded, induced and enticed a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, in violation of 18 U.S.C. § 2251(a).

Rodney J. Hyre
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this March, 2021

EMBRY J. KIDD
United States Magistrate Judge

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: TrishLeGros

18