UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                    Case No. 6:21-cr-64-PGB-GJK

TODD ENGLES

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒     IS         related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:
                    **6:21-mj-1259-Complaint**

☐     IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

                    Respectfully submitted,

                    KARIN HOPPMANN
                    Acting United States Attorney

By:     *s/ Karen L. Gable*
        Karen L. Gable
        Assistant United States Attorney
        AUSA No. 025
        400 West Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone: (407) 648-7500
        Facsimile: (407) 648-7643
        E-mail: karen.gable@usdoj.gov

U.S. v. TODD ENGLES                        Case No. 6:21-cr-64-PGB-GJK

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ali Kamalzadeh, Counsel for Engles

*s/ Karen L. Gable*
Karen L. Gable
Assistant United States Attorney
AUSA No. 025
400 West Washington Street, Suite 3100
Orlando, Florida   32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: karen.gable@usdoj.gov
