UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:21-cr-64-PGB-GJK

TODD ENGLES

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

TODD ENGLES, defendant

Federal Bureau of Investigation, Investigative Agency

Karen L. Gable, Assistant United States Attorney

Karin Hoppmann, Acting United States Attorney

Rodney Hyre, Special Agent, Federal Bureau of Investigation

Ali Kamalzadeh, Assistant Federal Defender

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: None

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: *s/ Karen L. Gable*
Karen L. Gable
Assistant United States Attorney
AUSA No. 025
400 West Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: karen.gable@usdoj.gov

U.S. v. TODD ENGLES                    Case No. 6:21-cr-64-PGB-GJK

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ali Kamalzadeh, Counsel for Engles

        By:    *s/ Karen L. Gable*
                 Karen L. Gable
                 Assistant United States Attorney
                 AUSA No. 025
                 400 West Washington Street, Suite 3100
                 Orlando, Florida   32801
                 Telephone:   (407) 648-7500
                 Facsimile:   (407) 648-7643
                 E-mail: karen.gable@usdoj.gov