**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Status Conference**

Case Number: 6:21-cr-64-PGB-GJK

| **UNITED STATES OF AMERICA** | | Government's Counsel: | Terry Livanos covering for Karen Gable |
|---|---|---|---|
| **Plaintiff,** | | | |
| v. | | | |
| **Todd Engles** | | Defense Counsel: | Ali Kamalzadeh |
| **Defendant.** | | | |

| Judge: | Paul G. Byron | Court Reporter | Koretta Stanford stanarm2014@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | May 18, 2021 | Time: | 4:39 PM – 4:45 PM TOTAL: 6 minutes |

Case called. Appearances taken.

Estimated length of trial: 3-4 days

The parties believe the case will resolve with a plea.

Oral Motion to Continue Trial by the defense. The Court grants the motion. The Court sets the case for trial on September 20, 2021. A status conference is set for August 16, 2021.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including September 29, 2021 shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

The government shall file a Notice on the docket once discovery disclosures have been completed.