UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            Case No: 6:21-cr-64-PGB-GJK

TODD ENGLES,

    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

After consultation with his undersigned counsel, Todd Engles, hereby voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C. § 3161(c)(1), from the date of this waiver until September 29, 2021.

Respectfully submitted,

JAMES T. SKUTHAN
Acting Federal Defender

Dated: 5/21/2021

*/s/ Todd Engles*
Todd Engles, Defendant

Dated: 05/21/2021

*/s/ Ali Kamalzadeh*
Ali Kamalzadeh
Assistant Federal Defender
Florida Bar No. 0115995
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Phone:    407-648-6338
Fax:    407-648-6095
E-Mail:    Ali_Kamalzadeh@fd.org