UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:21-cr-64-PGB-GJK

TODD ENGLES

**GOVERNMENT'S DISCOVERY NOTICE**

The United States, in compliance with paragraph I(Y) of this Court's Scheduling Order (Doc.30) (the "Scheduling Order"), hereby notifies the Court as follows:

**NOTICE**

As of the date of filing this Notice, the United States has either provided to defense counsel or made available for inspection all discovery materials presently in the possession of government counsel that fall within Fed. R. Crim. P. 16 and/or the Scheduling Order, including, but not limited to those items set forth in Paragraphs I(B) through I(W) of the Scheduling Order.   The United States recognizes its continuing duty to disclose discovery that comes into counsel's possession after the

date of this filing and will comply with that duty in accordance with the Scheduling Order.

                                Respectfully submitted,

                                KARIN HOPPMAN
                                Acting United States Attorney

By:  */s/ Jennifer M. Harrington*
      JENNIFER M. HARRINGTON
      Assistant United States Attorney
      Florida Bar No. 0117748
      400 W. Washington Street, Suite 3100
      Orlando, Florida   32801
      Telephone:   (407) 648-7500
      Facsimile:    (407) 648-7643
      E-mail: Jennifer.Harrington2@usdoj.gov

U.S. v. TODD ENGLES               Case No. 6:21-cr-64-PGB-GJK

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Ali Kamalzadeh, Esquire.

                                     */s/ Jennifer M. Harrington*
                                     JENNIFER M. HARRINGTON
                                     Assistant United States Attorney
                                     Florida Bar No. 0117748
                                     400 W. Washington Street, Suite 3100
                                     Orlando, Florida   32801
                                     Telephone:   (407) 648-7500
                                     Facsimile:    (407) 648-7643
                                     E-mail: Jennifer.Harrington2@usdoj.gov